**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAI NGUYEN, | No. CIV S-06-1389-GEB-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| L. E. SCRIBNER, et al., | |
|     Respondents. | |
| _____ / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an application to proceed in forma pauperis or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Petitioner is warned that failure to comply with this order may result in the dismissal of this action. <u>See</u> Local Rule 11-110.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

1

1        2.    The Clerk of the Court is directed to send petitioner a new form
2 Application to Proceed In Forma Pauperis By a Prisoner.

4 DATED: June 28, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE