IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAI NGUYEN,                                          2:06-cv-1389-GEB-CMK-P

    Petitioner,

  vs.                                                              ORDER

L. E. SCRIBNER, et al.,

    Respondents.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 17), filed on December 1, 2006.  The court also considers petitioner's late-filed objections to the magistrate judge's findings and recommendations.

       Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 31, 2006, dismissal of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability

1 indicating which issues satisfy the required showing or must state the reasons why such a
2 certificate should not issue.  See Fed. R. App. P. 22(b).  For the reasons set forth in the
3 magistrate judge's October 3, 2006, findings and recommendations, petitioner has not made a
4 substantial showing of the denial of a constitutional right.  In particular, petitioner's federal
5 habeas petition was not timely filed.
6         Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
7 of appealability is denied.
8 Dated:  January 25, 2007

```
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

2